## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 14-cv-1214 |
| v. | ) ) |
| SURVEY SAMPLING INTERNATIONAL, LLC, | ) ) ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

DIANA MEY

s/ Brian V. Altieri

By one of her attorneys
Law Office of Balzano & Tropiano
321 Whitney Avenue
New Haven, CT 06511
203.891.6336

**DEFENDANT**

SURVEY SAMPLING INTERNATIONAL, LLC

s/ Jason P. Stiehl

By one of its attorneys
Jason P. Stiehl
Seyfarth Shaw LLP
131 S. Dearborn St. Ste. 2400
Chicago, IL 60622
312.460.5568

18191479v.1